

# NUMBER 13-26-00229-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE 7-ELEVEN, INC. D/B/A STRIPES
## AND SANDRA URIBE

## ON PETITION FOR WRIT OF MANDAMUS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Silva[1]**

Relators 7-Eleven, Inc. d/b/a Stripes and Sandra Uribe filed a petition for writ of mandamus asserting that the trial court abused its discretion by vacating previously rendered summary judgments. However, relators have now advised this Court that "this matter has been completely settled" and their petition for writ of mandamus should be

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.1 ("The court of appeals must hand down a written opinion that is as brief as practicable but that addresses every issue raised and necessary to final disposition of the appeal."); *id.* R. 47.4 (explaining the distinction between opinions and memorandum opinions).

dismissed.

The Court, having examined and fully considered the petition for writ of mandamus and the foregoing events, is of the opinion that this original proceeding has been rendered moot. *See In re Cont. Freighters, Inc.*, 646 S.W.3d 810, 813 (Tex. 2022) (orig. proceeding) (per curiam); *Heckman v. Williamson County*, 369 S.W.3d 137, 162 (Tex. 2012); *In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding). Accordingly, we dismiss this petition for writ of mandamus as moot.

CLARISSA SILVA
Justice

Delivered and filed on the
18th day of June, 2026.

2